YVONNE B. LEVIN, PLAINTIFF-PETITIONER, v. LOUIS LEVIN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Eisenberg & Spicer* for the petitioner.

*Messrs. Kessler & Kessler* and *Mr. William A. Ancier* for the respondents.

May 20, 1957. Denied.

THOMAS A. GARTLAND, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF MAYWOOD, DEFENDANT-RESPONDENT, AND BERGEN MALL, *ET AL.*, INTERVENORS-RESPONDENTS.

See same case below: 45 *N. J. Super.* 1.

*Messrs. Hennessy & Mowry* for the petitioners.

*Messrs. Winne & Banta* and *Mr. Edward G. Evertz* for the defendant-respondent.

*Messrs. Morrison, Lloyd & Griggs* for the intervenors-respondents.

May 13, 1957. Denied.